UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:　　　　　　　　　　　　　　　　　　　　　Case No. 15 B 04051

　　Courtney C Maxwell

　　　　　　Debtor(s)

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

　　Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1)　The case was filed on 02/06/2015.

　　2)　The plan was confirmed on 06/03/2015.

　　3)　The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

　　4)　The trustee filed action to remedy default by the debtor in performance under the plan on NA .

　　5)　The case was Converted on 03/14/2016.

　　6)　Number of months from filing to last payment: 13.

　　7)　Number of months case was pending: 16.

　　8)　Total value of assets abandoned by court order: NA .

　　9)　Total value of assets exempted: NA .

　　10) Amount of unsecured claims discharged without payment: $0.00.

　　11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

| **Receipts:** | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $18,419.88 | |
| Less amount refunded to debtor | $3,015.02 | |
| **NET RECEIPTS:** | | **$15,404.86** |

| **Expenses of Administration:** | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,780.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $517.93 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,297.93** |
| Attorney fees paid and disclosed by debtor: | $220.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACL | Unsecured | 887.80 | NA | NA | 0.00 | 0.00 |
| ADT Security Services | Unsecured | 663.88 | NA | NA | 0.00 | 0.00 |
| Advocate Trinity Hospital | Unsecured | 879.00 | NA | NA | 0.00 | 0.00 |
| Apartment Invest | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Applied Card Bank | Unsecured | 1,268.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 843.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 3,500.00 | 4,642.17 | 4,642.17 | 0.00 | 0.00 |
| Badesch Abramovitch | Unsecured | 779.94 | NA | NA | 0.00 | 0.00 |
| Becket & Lee | Unsecured | 48,625.00 | 48,587.53 | 48,587.53 | 0.00 | 0.00 |
| Becket & Lee | Unsecured | 7,956.00 | 7,722.89 | 7,722.89 | 0.00 | 0.00 |
| C.U. Recovery, Inc. | Unsecured | 1,150.00 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cashcall Inc | Unsecured | 2,581.00 | NA | NA | 0.00 | 0.00 |
| Ccs/first National Ban | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 9,468.29 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 2,257.00 | 2,277.00 | 2,277.00 | 0.00 | 0.00 |
| City of Chicago, Corporation Counse | Unsecured | 9,500.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago, Dept. of Finance | Unsecured | 540.00 | NA | NA | 0.00 | 0.00 |
| Clerk of the Circuit Court | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 12,407.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 1,200.00 | 15,046.60 | 15,046.60 | 0.00 | 0.00 |
| Cook County State's Attorney | Unsecured | 798.00 | NA | NA | 0.00 | 0.00 |
| Core | Unsecured | 1,353.66 | NA | NA | 0.00 | 0.00 |
| Corporate America Family CU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit One Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Asso | Unsecured | 261.00 | NA | NA | 0.00 | 0.00 |
| Credit Un 1 | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 6,905.00 | 9,665.15 | 9,665.15 | 0.00 | 0.00 |
| Devon Financial Services Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Direct TV | Unsecured | 189.17 | NA | NA | 0.00 | 0.00 |
| Ethel Sanders | Unsecured | 20,819.00 | NA | NA | 0.00 | 0.00 |
| Fair Collections & Out | Unsecured | 11,610.00 | NA | NA | 0.00 | 0.00 |
| First Midwest Bank - Joliet | Unsecured | 5,016.86 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 512.00 | NA | NA | 0.00 | 0.00 |
| Ford Motor Credit Corporation | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Garfield Dan Ryan | Unsecured | 5,461.48 | NA | NA | 0.00 | 0.00 |
| Global Payments Check Services, Inc | Unsecured | 556.00 | NA | NA | 0.00 | 0.00 |
| Grant & Weber Inc | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Haper Court Currency Exchange | Unsecured | 2,794.00 | NA | NA | 0.00 | 0.00 |
| Harvard Collection | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| Housing Initiatives Series, LLC | Unsecured | 7,033.00 | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| HSBC Bank Nevada | Unsecured | 202.91 | NA | NA | 0.00 | 0.00 |
| IDES | Priority | 340.00 | NA | NA | 0.00 | 0.00 |
| IL Dept Of Healthcare & Family Services | Priority | 3,690.21 | 4,520.66 | 4,520.66 | 1,898.03 | 0.00 |
| IL Dept Of Healthcare & Family Services | Priority | 638.00 | 7,940.98 | 7,940.98 | 3,334.06 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 471.00 | 507.02 | 507.02 | 0.00 | 0.00 |
| Illinois Department Of Healthcare And Fa | Priority | 8,076.68 | NA | NA | 0.00 | 0.00 |
| Illinois Department Of Healthcare And Fa | Priority | 324.00 | NA | NA | 0.00 | 0.00 |
| Illinois Department Of Healthcare And Fa | Priority | 324.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 6,182.00 | 6,182.00 | 6,182.00 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 394.00 | 780.98 | 780.98 | 327.89 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 136.00 | 136.00 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 4,432.31 | 4,520.46 | 4,520.46 | 0.00 | 0.00 |
| Internal Revenue Service | Secured | 11,485.63 | 11,980.89 | 11,980.89 | 1,891.50 | 261.79 |
| Internal Revenue Service | Unsecured | 0.00 | 764.81 | 764.81 | 0.00 | 0.00 |
| Jeffery M Leving Ltd | Unsecured | 8,345.00 | NA | NA | 0.00 | 0.00 |
| Lyne Johnson Watts | Unsecured | 8,500.00 | NA | NA | 0.00 | 0.00 |
| Murvey Management | Unsecured | 9,200.00 | NA | NA | 0.00 | 0.00 |
| Northern Leasing System | Unsecured | 576.00 | 576.00 | 576.00 | 0.00 | 0.00 |
| Penn Credit | Unsecured | 699.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy | Unsecured | 1,630.09 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 2,931.54 | 1,339.47 | 1,339.47 | 0.00 | 0.00 |
| Peoples Gas | Unsecured | 7,404.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 215.33 | NA | NA | 0.00 | 0.00 |
| Prestige Financial Services | Secured | 14,814.63 | 8,675.00 | 8,675.00 | 3,112.44 | 281.22 |
| Prestige Financial Services | Unsecured | NA | 9,014.12 | 9,014.12 | 0.00 | 0.00 |
| Rhonda Sallee | Unsecured | 1,387.27 | NA | NA | 0.00 | 0.00 |
| Sorman & Frankel | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Sprint Corp | Unsecured | 1,175.00 | 1,174.41 | 1,174.41 | 0.00 | 0.00 |
| Tayib Investments | Unsecured | 2,725.00 | NA | NA | 0.00 | 0.00 |
| Tribute/fbod | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| United Recovery Services | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| Visa | Unsecured | 2,253.00 | NA | NA | 0.00 | 0.00 |
| Worldwide Asset Purcha | Unsecured | 1,334.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $8,675.00 | $3,112.44 | $281.22 |
| All Other Secured | $11,980.89 | $1,891.50 | $261.79 |
| **TOTAL SECURED:** | **$20,655.89** | **$5,003.94** | **$543.01** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $12,461.64 | $5,232.09 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $5,301.44 | $327.89 | $0.00 |
| **TOTAL PRIORITY:** | **$17,763.08** | **$5,559.98** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$107,635.17** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,297.93 |
| Disbursements to Creditors | $11,106.93 |
| **TOTAL DISBURSEMENTS :** | **$15,404.86** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 05/31/2016         By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**